**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-0329-WJM-CBS

EARNEST L. WHITE,
LINDA A. ROBINSON,
DANA GRIBUS-BRUNDAGE,
MICHAEL A. RIVERA, and
MARK A. ZAMORA

      Plaintiffs,

v.

DONNELL BRITTON, and
BRITTON ENTERPRISES d/b/a DIRECTBUY

      Defendants.

_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

This matter is before the Court *sua sponte*.  On January 22, 2013 this Court entered an Order to Show Cause (ECF No. 22).  Plaintiffs were directed to show cause, on or before January 29, 2013, as to why this case should not be administratively closed due to Defendant Donnell Britton's Chapter 7 bankruptcy filing.  Plaintiffs have failed to respond to the Order to Show cause.  As a result, the Court having considered the status of this case and the relevant record, hereby ORDERS as follows:

Pursuant to local rule D.C.COLO.LCivR 41.2 the above-captioned case is ADMINISTRATIVELY CLOSED.  At the conclusion of the Britton bankruptcy case the Parties may seek leave to reopen this case upon a showing of good cause.

Dated this 4th day of February, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge